**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:17-cv-60681-UU

HOWARD COHAN,

      Plaintiff,

v.

CARNIVAL CORP.,

      Defendant.

_____/

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. The Court issued her Scheduling Order in this case on June 16, 2017. D.E. 13. On July 7, 2017, Plaintiff filed a Notice of Mediator Selection, D.E. 16, notifying the Court that the parties had selected a mediator. Accordingly, on August 8, 2017, the Court ordered Plaintiff to show cause in writing, no later than **Tuesday, <u>August 15, 2017</u>**, as to why the parties had not yet scheduled their mediation or, alternatively, to submit a proposed order scheduling mediation by that date. D.E. 20.

As of August 18, 2017, Plaintiff has failed to comply with the Court's Order. In the Order, the Court cautioned that the failure to comply with the Order would result in the immediate dismissal of the action without further notice. *Id.* The Eleventh Circuit Court of Appeals has found that a district court does not abuse its discretion when it dismisses a case based on actions "which demonstrate[] a lack of diligence in prosecuting th[e] action or a failure to comply with [the Court's] obligations[.]" *Clark v. Keen*, 346 F. App'x 441, 442 (11th Cir.

2009).  Plaintiff has shown a lack of diligence in this case and has failed to comply with this Court's obligations. Accordingly, it is hereby

ORDERED AND ADJUDGED that all pending claims against Defendant are DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. All pending motions are DENIED AS MOOT and all future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of August, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record